UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: ) CHAPTER 13
  DEBORAH BULLOCK )
) CASE NO. 10-30684-DHW-13
      Debtor(s). )

OBJECTION TO CONFIRMATION

Now comes GUARDIAN CREDIT UNION, by its attorneys, Chambless Math Carr, P.C., and objects to confirmation of the Debtor s proposed plan and in support thereof states as follows:

1. The debtor has failed to provide evidence of insurance coverage as required 11 U.S.C. Section 1326(a)(4) on the collateral securing the loans of the movant, to wit; 1994 HONDA CIVIC, 2002 CHEVROLET IMPALA AND 2008 TOYOTA YARIS.

2. The collateral securing the debts of the creditor is grossly undervalued and/or the specified monthly payment is insufficient to provide this creditor with adequate protection against depreciation of its interest over the term of the plan. The plan proposes to value the 1994 HONDA CIVIC at $1250.00 whereas the NADA retail value is $3000.00. The plan proposes to value the 2002 CHEVROLET IMPALA at $3250.00 whereas the NADA retail value is $4975.00. Whereas both of these claims are 910" claims and shall be paid in the amount filed, an appropriate value is necessary to determine the proper adequate protection payment amount.

3. The plan fails to provide for the secured claim of this creditor as required by 11 U.S.C. Section 1325(a)(5). The plan makes no provision for Court Claim #6 secured by the 2008 TOYOTA YARIS.

4. The plan fails to provide an appropriate adequate protection payment amount. The plan proposes to pay $3.00 per month as adequate protection for the 1994 HONDA CIVIC. An

appropriate adequate protection payment amount should be $30.00 of 1% of the value of the collateral. The plan proposes to pay $4.25 per month as adequate protection for the 2002 CHEVROLET IMPALA.  An appropriate adequate protection payment amount should be $49.75 of 1% of the value of the collateral.

WHEREFORE, GUARDIAN CREDIT UNION, prays for an Order denying confirmation along with such further relief as the Court may deem proper.

GUARDIAN CREDIT UNION


By: /s/ Leonard N. Math

Of Counsel:
Chambless Math    Carr, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
(334) 272-2230

CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing instrument was served on all attorneys of record as set forth below by electronic notice and/or depositing a copy thereof in the United States mail postage prepaid on this May 2, 2010.

Curtis C. Reding
Chapter 13 Trustee
P.O. Box 173
Montgomery AL 36101

Richard D. Shinbaum
SHINBAUM, McLEOD & CAMPBELL
P.O. BOX 201
MONTGOMERY AL 36101

DEBORAH BULLOCK
6323 BALM ROAD
WETUMPKA AL 36092

                                                /s/ Leonard N. Math